**Mario GUTIERREZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74138.**

Missouri Court of Appeals, Western District.

July 31, 2012.

Ruth B. Sanders, Appellate District Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Mario Gutierrez appeals from the Judgment of the Circuit Court of Jackson County, Missouri, denying his Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. Finding no error, we affirm in this *per curiam* order. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).